IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-70-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| RUSSELL JONATHAN CARROLL, | ) |
| | ) |
| Defendant. | ) |

Russell Jonathan Carroll, appearing pro se, filed a motion for a copy of the sentencing transcript in his case [D.E. 34]. Although a court reporter transcribed Carroll's arraignment and sentencing, the court reporter did not prepare a transcript. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Carroll has failed to show a particularized need for the transcript. To the extent Carroll's letter could be construed as a motion to obtain transcripts without charge, the motion [D.E. 34] is DENIED.

SO ORDERED. This **30** day of March 2015.

JAMES C. DEVER III
Chief United States District Judge