IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-70-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RUSSELL JONATHAN CARROLL, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motions to reduce his sentence [D.E. 36]. The response is due not later than July 28, 2017.

SO ORDERED. This 7 day of July 2017.

JAMES C. DEVER III
Chief United States District Judge